Kyle McLean (SBN 330580)
Email : kmclean@sirillp.com
Lisa R. Considine (admitted *Pro Hac Vice*)
Email: lconsidine@sirillp.com
Leslie Pescia (admitted *Pro Hac Vice*)
Email: lpescia@sirillp.com
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE R. PRONOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYONE FEDERAL CREDIT UNION<br><br>Defendant. | Case No.: 2:24-cv-03211-MWC-JC<br><br>**NOTICE OF SETTLEMENT AND MOTION TO CONTINUE TRIAL SETTING**<br><br>**TRIAL SET FOR: FEBRUARY 18, 2025 AT 8:30 A.M.** |

Plaintiff Jasmine R. Pronos ("Plaintiff"), by and through her undersigned attorneys, hereby files this Notice of Settlement. The Plaintiff and Defendant have

---

PLAINTIFF'S NOTICE OF SETTLEMENT AND MOTION TO CONTINUE SINE DIE THE FEBRUARY 18, 2025 TRIAL SETTING
Case No. 2:24-cv-03211-MWC-JC

reached a resolution in principle to the claims set forth in this action and are presently memorializing that agreement.

In addition, Plaintiff would respectfully request the Court continue *sine die* the February 18, 2025 trial setting. This Motion is unopposed and is being filed pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7. As a result of the resolution of this case, Plaintiff respectfully submits that good cause has been shown to permit a continuance of the February 18, 2025 trial setting.

For the foregoing reason, Plaintiff, Jasmine Pronos, respectfully requests that this Honorable Court continue *sine die* the current trial date set for February 18, 2025.

Respectfully Submitted,

**SIRI & GLIMSTAD LLP**

/s/ Kyle McLean
Kyle McLean (SBN 330580)
Lisa R. Considine *(admitted pro hac vice)*
Leslie Pescia (admitted *pro hac vice*)
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Main: 21-376-3739
E: kmclean@sirillp.com
E: lconsidine@sirillp.com
E: lpescia@sirillp.com

*Attorneys for Plaintiff and the putative class*

PLAINTIFF'S NOTICE OF SETTLEMENT AND MOTION TO CONTINUE SINE DIE THE FEBRUARY 18, 2025 TRIAL SETTING
Case No. 2:24-cv-03211-MWC-JC

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing to all counsel of record.

                                               /s/ *Kyle D. McLean*
                                               Kyle D. McLean

1  Kyle McLean (SBN 6344126)
2  Email : kmclean@sirillp.com
   Lisa R. Considine (admitted *Pro Hac Vice*)
3  Email: lconsidine@sirillp.com
4  Leslie Pescia (admitted *Pro Hac Vice*)
   Email: lpescia@sirillp.com
5  700 S. Flower St., Ste. 1000
   Los Angeles, CA 90017
6  Telephone: 212-532-1091
7  Facsimile: 646-417-5967
8  *Attorneys for Plaintiff and the Putative Class*
9
10            **UNITED STATES DISTRICT COURT**
11         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| JASMINE R. PRONOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYONE FEDERAL CREDIT UNION<br><br>Defendant. | Case No.: 2:24-cv-03211-MWC-JC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE SINE DIE THE FEBRUARY 18, 2025 TRIAL SETTING** |
|---|---|

**[PROPOSED] ORDER**

Presently before the Court is Plaintiff Jasmine Pronos's Unopposed Motion to Continue *sine die* the trial setting set for February 18, 2025. Upon consideration, Plaintiff's motion is GRANTED and the trial setting scheduled for February 18, 2025, is hereby stricken.

[PROPOSED] ORDER
Case No. 2:24-cv-03211-MWC-JC

1  **SO ORDERED**,

2

3  _____
   Honorable Michelle Williams Court
4  United States District Judge

...

28 [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY
Case No. 2:24-cv-03211-SVW-JC