UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE R. PRONOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYONE FEDERAL CREDIT UNION<br><br>Defendant. | Case No.: 2:24-cv-03211-MWC-JC<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE (DKT. 48)**<br><br>JS-6 |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATE: <u>February 18, 2025</u>

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:24-cv-03211-MWC-JC